# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 13-3044** | **September Term, 2012** |
| | 1:12-cr-00012-JDB-1 |
| | Filed On: July 24, 2013 [1448236] |

United States of America,

    Appellee

    v.

Simon A. Dillon,

    Appellant

### O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on October 24, 2013, at 9:30 A.M., before Circuit Judges Kavanaugh and Srinivasan, and Senior Circuit Judge Edwards.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:    /s/
                          Michael C. McGrail
                          Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)