# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

## NOTICE OF PAPER FILING

No. <u>13-3044</u>   Caption: <u>United States of America v. Simon A. Dillon</u>

Document: <u>Sealed Supplement</u>

Under Seal:   [X] Yes   [ ] No   [ ] In Part:  Vols. _____

<u>Simon A. Dillon</u> as the <u>appellant</u>
(party name)   (appellant, appellee, petitioner, respondent)

certifies that the above-referenced document has been filed and served as follows:

Filed by <u>hand-delivery</u>   on <u>July 29, 2013</u>

Served by <u>UPS Ground Transportation</u>   on <u>July 29, 2013</u>

to:

    Elizabeth Trosman
    OFFICE OF THE U.S. ATTORNEY
    555 4th Street, NW
    Washington, DC  20530
    (202) 252-6829

    *Counsel for Appellee*

<u>July 29, 2013</u>   <u>/s/ Christopher M. Davis</u>
(date)   (signature)